UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT JAY BOADWAY, JR.,

       Petitioner,

                            CASE NO. 2:09-CV-12328
v.                           HONORABLE AVERN COHN

NICK LUDWICK,

       Respondent.
_____/

## JUDGMENT

For the reasons stated in the Court's Opinion and Order entered and filed on this date, the petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

                            DAVID WEAVER
                            CLERK OF THE COURT


                            By: s/Julie Owens
                                Deputy Clerk

Dated at Detroit, Michigan
October 27, 2011

I hereby certify that a copy of the foregoing document was mailed to Robert Boadway 622394, St. Louis Correctional Facility, 8585 N. Croswell Road, St. Louis, MI 48880 and the attorneys of record on this date, October 27, 2011, by electronic and/or ordinary mail.

                            S/Julie Owens
                            Case Manager, (313) 234-5160